1 **WO**

2

3

4 IN THE UNITED STATES DISTRICT COURT

5 FOR THE DISTRICT OF ARIZONA

6

7 United States of America,                    )
                                               )
8                     Plaintiff,                )
                                               )
9          v.                                   )          CR 04-50106-PHX-EHC
                                               )
10 Leroy Wauneka,                               )          **DETENTION ORDER**
                                               )
11                    Defendant.                )
   _____)

12

13        On December 26, 2006, defendant Leroy Wauneka appeared before this Court on a

14 petition for revocation of supervised release.  The Court considered the information provided

15 to the Court, and the arguments of counsel in determining whether the defendant should be

16 released on conditions set by the Court.

17        The Court finds that the defendant, having previously been convicted and placed on

18 supervised release, and having appeared before the Court in connection with a petition to revoke

19 his supervised release, has failed to establish by clear and convincing evidence that he is not

20 likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d),

21 and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. §3143.

22        IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

23        DATED this 26th day of December, 2006.

24

25

26

27        _____
          David K. Duncan
          United States Magistrate Judge

28